# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Stephanos Bibas |
| v. | Mag. No. 21-16273 |
| MAHAGONY J. HAWKINS | **ORDER** |

This matter having come before the Court on the application defendant Mahagony J. Hawkins (by F.R. "Chip" Dunne, III, Esq.), for an order granting the Defendant at least two (2) hours of time per day in the Hudson County Correctional Facility library in order to review her discovery in preparation for trial and Philip R. Sellinger, United States Attorney for the District of New Jersey (by Jake Nasar, Assistant United States Attorney) and with all parties having consented to the relief sought herein; and for good and sufficient cause shown,

**IT IS ORDER OF THIS COURT** that Mahogany Hawkins shall be provided at least two (2) hours of time daily in the Hudson County Correctional Facility Library in order to review her discovery in preparation for trial.

_____
Stephanos Bibas, Judge, U.S. Court of Appeals for the Third Circuit